No. 88–1859. JOHNSON *v.* UNITED STATES POSTAL SERVICE. C. A. 10th Cir. Certiorari denied.

No. 88–1860. KU *v.* ALLIED-SIGNAL, INC. C. A. 4th Cir. Certiorari denied.

No. 88–1863. CUELLAR *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–1864. KELLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–1866. MCNABB *v.* CAVAZOS, SECRETARY OF EDUCATION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1870. BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS *v.* OPPENHEIM, APPEL, DIXON & CO. C. A. 5th Cir. Certiorari denied.

No. 88–1871. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. *v.* BROWN. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 88–1873. BOROUGH OF EAST CONEMAUGH ET AL. *v.* EASTERN TELECOM CORP. C. A. 3d Cir. Certiorari denied.

No. 88–1875. CATALANOTTE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 88–1880. MEEKINS, INC. *v.* LABORERS' HEALTH AND WELFARE FUND FOR SOUTHERN CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1881. INDELICATO *v.* UNITED STATES (two cases);
No. 88–2060. SALERNO ET AL. *v.* UNITED STATES;
No. 88–2061. PERSICO ET AL. *v.* UNITED STATES; and
No. 88–2071. SCOPO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: No. 88–1881 (first case), 865 F. 2d 1370; No. 88–1881 (second case) and Nos. 88–2060, 88–2061, and 88–2071, 868 F. 2d 524.

No. 88–1883. AETNA LIFE INSURANCE CO. *v.* BORGES, TREASURER OF THE STATE OF CONNECTICUT, ET AL. C. A. 2d Cir. Certiorari denied.